No. 71–6665. RAY *v.* BRIERLEY, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 71–6671. BRADLEY *v.* CARDWELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 71–6672. MATTHEWS *v.* FLORIDA-VANDERBILT DEVELOPMENT CORP. ET AL. C. A. 5th Cir. Certiorari denied.

No. 71–6673. GOLDEN *v.* HENDERSON, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 71–6674. LIPSCOMB *v.* UNITED STATES BOARD OF PAROLE. C. A. 5th Cir. Certiorari denied.

No. 71–6675. COPP *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 71–6676. MATHERS *v.* RHAY, PENITENTIARY SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 71–6677. ALLARD *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 71–6678. YEATON *v.* WEISENBURG. C. A. 9th Cir. Certiorari denied.

No. 71–6680. FERGUSON *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 71–6681. COSTANZA *v.* NEW JERSEY. C. A. 3d Cir. Certiorari denied.

No. 71–6683. SAILER *v.* CALIFORNIA ADULT AUTHORITY. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 71–6685. HART *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.